UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SAMUEL TYRONE JEFFERS (#127810)

VERSUS                                               CIVIL ACTION

DR. MAI TRAN, ET AL                                  NUMBER 07-329-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the defendant's motion to dismiss[1] shall be denied.

Baton Rouge, Louisiana, December 12, 2007.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 27.

Doc#44920