UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SAMUEL TYRONE JEFFERS (#127810)

VERSUS                                    CIVIL ACTION

DR. MAI TRAN, ET AL                       NUMBER 07-329-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that plaintiff's motion for summary judgment shall be denied, the defendant's motion for summary judgment shall be granted, and this action be dismissed.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, July 15, 2008.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45286